1022

THE STATE OF WASHINGTON, *Respondent,* v. JESS
LEE MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 52608, Arthur W. Verharen, J., entered July
27, 1978. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Petrie, J.

WILLIAM L. RATHBONE, ET AL, *Respondents,* v. ROBERT
BUMGARDNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant
County, No. 26470, Fred Van Sickle, J., entered June 9,
1978. *Affirmed as modified* by unpublished opinion per
Green, C.J., concurred in by McInturff and Roe, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
BURTON TARABOCHIA, JR., ET AL,
*Appellants.*

Appeal from judgments of the Superior Court for
Wahkiakum County, Nos. CR 125, CR 126, Herbert E.
Wieland, J., entered January 18, 1978. *Affirmed* by unpub-
lished opinion per Pearson, C.J., concurred in by Reed and
Soule, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ROBINSON
WALTER SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 52029, Arthur W. Verharen, J., entered April
12, 1978. *Reversed* by unpublished opinion per Pearson,
C.J., concurred in by Petrie and Soule, JJ.